✎AO 245D     (Rev. 03/06) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**

# UNITED STATES DISTRICT COURT

OCT 0 9 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

SOUTHERN  District of  ILLINOIS



| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

SANDY H. GRIFFIN

Case Number:     00-CR-30030-01-WDS

USM Number:     05156-025

Daniel G. Cronin
Defendant's Attorney

### THE DEFENDANT:

☒ admitted guilt to violation of condition(s)  as stated below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Offender admitted to unlawfully possessing a controlled substance, opiates (Tylenol-3). | 02/21/2009 |
| | Offender unlawfully possessed a controlled substance in that he tested positive for marijuana by urinalysis | 07/24/2009 |
| | Offender unlawfully possessed a controlled substance in that he tested positive for marijuana by urinalysis | 08/20/2009 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   ***-**-7906

Defendant's Date of Birth:   **-**-1969

Defendant's Residence Address:

City: East St. Louis

State: Illinois

_____

_____

Defendant's Mailing Address:

_____

_____

_____

October 9, 2009
Date of Imposition of Judgment

_William D. Stiehl_
Signature of Judge

HON. WILLIAM D. STIEHL, U.S. DISTRICT JUDGE
Name and Title of Judge

_9 October 2009_
Date

AO 245D     (Rev. 03/06) Judgment in a Criminal Case for Revocations
            Sheet 1A

Judgment—Page ___2___  ___3___

DEFENDANT:        SANDY H. GRIFFIN
CASE NUMBER:      00-CR-30030-01-WDS

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard | Offender, who was ordered to pay a $500 fine at the rate of $25 per month or 10% of his gross monthly earnings, failed to make monthly payments as ordered during the following months: February 2009, March 2009, April 2009, May 2009, June 2009, July 2009, and August 2009. | 08/2009 |
| Standard # 2 | Offender failed to submit his written report for March 2009 within the first five days of April 2009. | 04/2009 |
| | Offender failed to submit his written report for April 2009 within the first five days of May 2009. | 05/2009 |
| | Offender failed to submit his written report for June 2009 within the first first five days of July 2009. | 07/2009 |
| Standard # 3 | Offender failed to follow the instructions of the probation officer in that he failed to call the O-Site Drug Testing Program on the following dates: February 28, 2009; March 30, 2009; April 17, 2009; May 4, 2009; May 22, 2009; June 21, 2009; June 29, 2009; July 11, 2009; July 18, 2009; August 4, 2009; and August 25, 2009. | 08/25/2009 |
| | Offender failed to follow the instructions of the probation officer in that on August 29, 2009, he failed to report for drug testing, as instructed by the On-Site Drug Testing Program. | 08/29/2009 |
| | Offender failed to follow the instructions of the probation officer in that he failed to be present for scheduled home visits in the following dates: March 27, 2009, and April 1, 2009. | 04/01/2009 |
| Standard # 5 | Offender failed to maintain regular employment during the following months: July 2009 and August 2009. | 08/2009 |
| Standard # 6 | Offender notified this officer that he had changed residence, without prior notification to this officer | 08/24/2009 |
| Special | Offender failed to participate, as instructed, in a program for substance abuse treatment in that he failed to report for urinalysis testing on March 19, 2009, and April 14, 2009. | 04/14/2009 |
| | Offender failed to participate, as instructed, in a program for substance abuse treatment in that he failed to attend treatment sessions on the following dates: April 13, 2009; April 27, 2009; June 8, 2009; August 10 2009; and August 26, 2009 | 08/26/2009 |
| Special | Offender failed to comply with the procedures of Home Confinement with Electronic Monitoring in that he removed the transmitter from his leg. | 05/16/2009 |
| | Offender failed to comply with the procedures of Home Confinement with Electronic Monitoring in that he failed to abide by his established curfew. | 06/05/2009 |

AO 245D    (Rev. 03/06 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ____3____    ___3___

DEFENDANT:          SANDY H. GRIFFIN
CASE NUMBER:        00-CR-30030-01-WDS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
12 Months

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐  a.m.   ☐  p.m.   on _____ .

    ☐   as notified by the United States Marshal.

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____   to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL